A93A1252. EMPLOYEES RETIREMENT SYSTEM OF
GEORGIA v. EVANS.
(453 SE2d 776)

Blackburn, Judge.

In *Employees Retirement System of Ga. v. Evans*, 211 Ga. App. 448 (439 SE2d 690) (1993), we reversed the trial court's grant of summary judgment for the reasons stated therein. The Supreme Court reversed our judgment in *Evans v. Employees' Retirement System of Ga.*, 264 Ga. 729 (450 SE2d 195) (1994). Accordingly, our judgment in

this case is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Smith and Ruffin, JJ., concur. McMurray, P. J., and Johnson, J., disqualified.*

DECIDED JANUARY 31, 1995.

*Michael J. Bowers, Attorney General, Jeffrey L. Milsteen, Susan L. Rutherford, Senior Assistant Attorneys General,* for appellant.

*Chilivis & Grindler, Nickolas P. Chilivis, John K. Larkins, Jr.,* for appellee.

*G. Stephen Parker, Joshua R. Kenyon,* amici curiae.